PATRICK H. HICKS, ESQ., Bar # 004632
TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: troehrs@littler.com

Attorneys for Defendant
JRJ INVESTMENTS, INC. d/b/a AUTONATION VOLKSWAGEN
LAS VEGAS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CIHAT TEKCE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JRJ INVESTMENTS, INC. d/b/a AUTONATION VOLKSWAGEN LAS VEGAS, a Nevada corporation,<br><br>Defendant. | Case No. 2:17-cv-01449-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 21 |

Plaintiff, CIHAT TEKCE and Defendant, JRJ INVESTMENTS, INC. d/b/a AUTONATION VOLKSWAGEN LAS VEGAS, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: October 31, 2017

Dated: October 31, 2017

Respectfully submitted,

Respectfully submitted,

/s/ Stephen G. Clough
JOSEPH A. GUTIERREZ, ESQ.
STEPHEN G. CLOUGH, ESQ.
MAIER GUTIERREZ & ASSOCIATES

Attorneys for Plaintiff
CIHAT TEKCE

/s/ Timothy W. Roehrs
PATRICK H. HICKS, ESQ.
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
JRJ INVESTMENTS, INC. d/b/a AUTONATION VOLKSWAGEN LAS VEGAS

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: November 1, 2017.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:150869154.1 025300.2056

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.